IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY GHESS                                                                                          PLAINTIFF

v.                              Case No. 2:18-cv-00011-KGB

PARKIN FOOD MART, LLC,
d/b/a PARKIN CITGO                                                                          DEFENDANT

## ORDER

Before the Court is plaintiff Billy Ghess' unopposed motion to dismiss without prejudice (Dkt. No. 13). Mr. Ghess represents that he desires that this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (*Id.*, ¶¶ 1, 4). Mr. Ghess submits that his counsel have conferred with counsel for defendant Parkin Food Mart, LLC, d/b/a Parkin Citgo, and are authorized to state that the motion is unopposed (*Id.*, ¶ 3). For good cause shown, the Court grants the motion (Dkt. No. 13) and dismisses without prejudice this action.

It is so ordered this 19th day of February, 2019.

_____
Kristine G. Baker
United States District Judge