IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BILLY GHESS**                                                                                          **PLAINTIFF**

v.                         Case No. 2:18-cv-00011-KGB

**PARKIN FOOD MART, LLC,**
**d/b/a PARKIN CITGO**                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

It is so adjudged this 19th day of February, 2019.

Kristine G. Baker
United States District Judge